UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.M.,

                Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

24-CV-3001 (LTS)

ORDER GRANTING
EXTENSION OF TIME

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. She seeks to proceed anonymously but did not file a motion requesting permission to do so. Accordingly, by order dated May 20, 2024, the Court directed Plaintiff to file a motion to proceed anonymously and to set forth the reasons for her request. On June 24, 2024, the Court received from Plaintiff a request for a 60-day extension to file her motion and noted that she can provide medical documentation.

    The Court grants Plaintiff's request. Her motion to proceed anonymously is due 60 days from the date of this order. Plaintiff's motion does not need to include medical documentation. Rather, as outlined in the May 20, 2024 order, Plaintiff must provide the reasons she seeks to proceed anonymously. If Plaintiff does not file a motion with 60 days of the date of this order, the action will proceed in her real name.

SO ORDERED.

Dated:   July 9, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                  Chief United States District Judge