UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
R.M.,                                                                                       :
                                                                                                 :
                                            Plaintiff,                             :            24-CV-3001 (JMF)
                                                                                                 :
                -v-                                                                       :            ORDER
                                                                                                 :
CITY OF NEW YORK, et al.,                                              :
                                                                                                 :
                                            Defendants.                       :
                                                                                                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff's request for a ninety-day extension of the deadline for filing an amended complaint is GRANTED. The Clerk of Court is instructed to issue a new summons to Defendant Joy Jason, an employee of the New York City Police Department ("NYPD"), and to complete the USM-285 form with the address for that defendant and deliver all documents necessary to effect service to the U.S. Marshals Service. Because, pending Plaintiff's amended complaint, there are no extant claims against Carndell Cardsasha or Lieutenant Patasall, no further action is needed to effect service on either potential defendant at this time. If the complaint is not served within ninety days of the date on which the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

      Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, New York City Fire Department ("FDNY"), and the New York City Administration for Children's

Services ("ACS"), ascertain the full name of former-Defendant Lieutenant Patasall and provide it to Plaintiff. The Law Department is further ordered to provide the full name and specific place of employment for each city employee who was present during the February 18, 2020 incident. The New York City Law Department shall provide this information to Plaintiff and the Court within sixty days of the date of this Order.

The Court directs the Clerk of Court to mail a copy of this order to the New York City Law Department at 100 Church Street, New York, NY 10007. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 11, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2

## SERVICE ADDRESS FOR DEFENDANT

1. Joy Jason
   New York City Police Department – 10th Precinct
   230 W 20th St.
   New York, NY 10011