UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
R.M., :
:
:
Plaintiff, :
: 24-CV-3001 (JMF)
-v- :
: ORDER
:
CITY OF NEW YORK, et al., :
:
Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's October 11, 2024 Order, ECF No. 14, Plaintiff was required to file any Amended Complaint no later than 90 days from the date of that Order. To date, Plaintiff has not filed an Amended Complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 17, 2025**.

    SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                              JESSE M. FURMAN
                                     United States District Judge