```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
R.M., et al.                                                      :
                                                                  :
                              Plaintiffs,                         :
                                                                  :    24-CV-3001 (JMF)
                -v-                                               :
                                                                  :    ORDER
CITY OF NEW YORK, et al.,                                         :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On August 26, 2025, Plaintiff R.M. filed a letter requesting five forms of relief. ECF No. 44, at 4. On review of the letter and Defendants' response, ECF No. 46, the Court resolves Plaintiff's requests as follows.

First, Plaintiff's request that the Court deny Defendants' request for an extension of time to respond to the Second Amended Complaint, ECF No. 41, is moot, *see* ECF Nos. 43, 45. Second, given that the Court's prior Order incorrectly stated the date of the incident in question, *see* ECF No. 14, the Court sees no evidence that Defendants are not acting in good faith in attempting to expeditiously identify all individuals involved in the February 18, 2022 incident; nor is the Court persuaded that Defendants have engaged in misrepresentations or disclosed R.M.'s information in violation of any protective orders. As to Plaintiff's request for equitable tolling, no tolling is currently necessary. If Plaintiffs wish to further amend their complaint, they can file a letter requesting to do so on the docket and the Court will review it in due course.

Finally, as to Plaintiffs' request that R.M.'s address and cell phone number be redacted from previously filed documents, Plaintiff can request those documents be redacted by filing a

letter request identifying with particularity the documents in question and filing a redacted version of each document, per the Court's Individual Rules. *See* Individual Rules and Practices in Civil Cases 7(C). The Court notes that R.M.'s address and phone number are currently listed on the publicly viewable docket and, absent Court order, must be included on "pleading[s], written motion[s], and other paper[s]" pursuant to Rule 11(a) of the Federal Rules of Civil Procedure. If Plaintiffs wish for R.M.'s information to be removed from the docket, they should consent to electronic service, as contact information must be available on the docket for service of ECF Filings. (Even then, Plaintiff must provide an email address to which notifications can be sent.) The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

    SO ORDERED.

Dated: September 5, 2025  
       New York, New York

                                        JESSE M. FURMAN  
                                        United States District Judge