UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :

R.M., et al.,
                                   :

                      Plaintiffs,    :

                                   :        24-CV-3001 (JMF)

            -v-                 :

                                   :          ORDER

CITY OF NEW YORK, et al.,
                                   :

                    Defendants.   :

                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 9, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF Nos. 55-56. On the same date, Defendants filed a letter identifying additional individuals present during the February 18, 2022 investigation and representing that they have now identified "all of the individuals believed to be present." ECF No. 57.

Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Plaintiffs are proceeding without counsel, however, the Court will give them additional time to amend the complaint.

No later than **March 23, 2026**, Plaintiffs shall file an amended complaint naming the individuals identified in Defendants' letter of February 9, 2026. Additionally, if Plaintiffs believe that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, Plaintiffs should include those facts in the amended complaint.[1] Plaintiffs will not be

---

[1] If possible, Plaintiffs shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

given any further opportunity to amend the complaint to name the individuals referenced in Defendants' letter or to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by **March 23, 2026**.  Defendants' reply, if any, shall be served by **April 6, 2026**.

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: February 11, 2026
      New York, New York

           JESSE M. FURMAN
           United States District Judge

2