UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

R.M., et al,                            :

               Plaintiffs,      :

                            :        24-CV-3001 (JMF)

       -v-                    :

                            :          ORDER

CITY OF NEW YORK, et al.,      :

                            :

              Defendants.    :

                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 11, 2026 Order, ECF No. 58, Plaintiffs were required to file an amended complaint or opposition to motion to dismiss no later than March 23, 2026. To date, Plaintiffs have not filed either document. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 6, 2026**. Failure to file anything by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned. The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

      SO ORDERED.

Dated: March 30, 2026
       New York, New York

                                 JESSE M. FURMAN
                               United States District Judge