UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

R.M., et al,                       :

            Plaintiffs,       :

                       :         24-CV-3001 (JMF)

      -v-                   :

                       :           ORDER

CITY OF NEW YORK, et al.,       :

                       :

            Defendants.     :

                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 9, 2026, Plaintiffs filed a third amended complaint that adds new parties as defendants to this case. *See* ECF No. 60. Several of the new parties named in the complaint have not been served and others' full names appear to be unknown to Plaintiffs. *See id.* No later than **April 20, 2026**, defense counsel shall file a letter proposing next steps. Specifically, the letter should address: (1) whether Defendants intend to file a new motion to dismiss or other response to the amended complaint; (2) whether the Court should issue a new order of service (and if so, directing service on which parties) or wait until any motion to dismiss is resolved; and (3) whether any efforts are underway to identify the parties named in the amended complaint for whom full names are unknown to Plaintiffs. If Defendants intend to file a new response to the amended complaint, they should propose a briefing schedule for any new motion. Plaintiffs may, but are not required to file a letter on these, or any other, issues **by the same date**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: April 13, 2026
      New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge