UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

R.M., et al,                                 :
                                      :

                     Plaintiff,         :                 24-CV-3001 (JMF)
                                      :

         -v-                               :                 <u>ORDER OF SERVICE</u>
                                      :

CITY OF NEW YORK, et al.,             :
                                      :

                     Defendants.       :
                                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983 alleging that Defendants violated her constitutional rights. Plaintiff names as Defendants the City of New York, the New York City Administration for Children's Services ("ACS"), ACS Commissioner Jess Dannhauser, the New York City Police Department ("NYPD"), the New York City Fire Department ("FDNY"), the New York City Police Department ("NYPD"), nine ACS workers, namely, Akintunj Akinyemi, Shakina Denton, Mtonya Fletcher, Donna McFadden, Shanay Mason, Angelina Roberts, James Bernard, Sharice Scott, Jason Joy, six current and former NYPD officers, namely, Johan Gonzalez, Jody Nelson, Wilfrido Bonilla, Jonathan Bermudez, Manish Massey, Frank Vega, and four FDNY employees, namely, Desmond Stanford, Josie Kuilan, Sean Ryan, and Jonathan Aquilina.  By order dated May 20, 2024, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.  *See* ECF No. 4.

On April 28, 2026, Defendants filed a letter identifying the remaining individuals named in Plaintiff's Third Amended Complaint and the addresses at which they could be served. *See* ECF No. 66.[1]

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Angelina Roberts, James Bernard, Sharice Scott, Mtonya Fletcher, Desmond Stanford, Josie Kuilan, Sean Ryan, and Jonathan Aquilina through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63

---

[1]    Defendants' letter also includes the names and service addresses of several other individuals affiliated with FDNY:  Williams Geocos, Martin A. Thompson, Brian O'Neill, and Michael Potasso.  *See* ECF No. 66.  As far as the Court can tell, however, none of these individuals have been named as a defendant in any of Plaintiff's complaints or have otherwise been identified as involved in the incidents at issue and thus need not be served.

[2]    Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

3

(2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 29, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Angelina Roberts
   1280 Ocean Avenue
   Brooklyn, NY 11230

2. James Bernard
   21619 Sawyer Avenue
   Queens Village, NY 11427

3. Sharice Scott
   150 William Street
   New York, NY 10038

4. Mtonya Fletcher
   150 William Street
   New York, NY 10038

5. Lieutenant Desmond Stanford
   Fire Department of the City of New York
   9 MetroTech Center
   Brooklyn, NY 11201

6. Josie Kuilan
   Fire Department of the City of New York
   9 MetroTech Center
   Brooklyn, NY 11201

7. Sean Ryan
   Fire Department of the City of New York
   9 MetroTech Center
   Brooklyn, NY 11201

8. Jonathan Aquilina
   Fire Department of the City of New York
   9 MetroTech Center
   Brooklyn, NY 11201