UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

R.M., et al.,

Plaintiffs,

24-CV-3001 (JMF)

-v-

ORDER

CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 22, 2026, Defendants City of New York, Jess Dannhauser, Shakina Denton, Donna McFadden, Shanay Mason, Angelina Robers, James Bernard, Sharice Scott, Mtonya Fletcher, Jason Joy, Frank Vega, Johan Gonzalez, Jody Nelson, and Manish Massey filed a motion to dismiss Plaintiffs' Third Amended Complaint. ECF No. 84. Defendants Wilfredo Bonilla, Tardasha Crandell, Desmond Standford, Josie Kuilan, Sean Ryan, Jonathan Aquilina, and the Estate of Jonathan Bermudez (the "Remaining Defendants") did not join the motion, *see id.* at 2, presumably because the Court granted this latter group an extension of time to respond to the Third Amended Complaint on or before November 21, 2026. *See* ECF No. 83.

To avoid confusion and duplicative briefing, Plaintiffs are directed to refrain from responding to the October 22, 2026 motion to dismiss until the Remaining Defendants have responded to the Third Amended Complaint. Further, the Remaining Defendants are encouraged to join or incorporate by reference the October 22, 2026 motion to dismiss wherever possible. Should the Remaining Defendants join the October 22, 2026 motion to dismiss or file their own motion(s) to dismiss, Plaintiffs are directed to file a combined opposition to dismissal within thirty days thereafter. If the Remaining Defendants decline to seek dismissal by November 23, 2026, Plaintiffs are directed to file an opposition to the October 22, 2026, motion to dismiss on or before **December 23, 2026**. In either case, Defendants are directed to file a reply brief within two weeks of the date Plaintiffs' opposition is docketed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: October 26, 2026
New York, New York

JESSE M. FURMAN
United States District Judge